UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE M., <br>     Plaintiff, <br> v. <br> SOCIAL SECURITY ADMINISTRATION, <br>     Defendant. | Case No. 19-cv-03595-JSC <br><br> **REMAND ORDER** <br> Re: Dkt. No. 31 |

Pursuant to the mandate of the Ninth Circuit Court of Appeals dated March 28, 2022, (Dkt. No. 31), this case is REMANDED to the Commissioner of Social Security for further proceedings consistent with the Ninth Circuit's opinion.

**IT IS SO ORDERED.**

Dated: April 4, 2022

_____
JACQUELINE SCOTT CORLEY
United States District Judge